STANLEY SOULE et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 48378.)

Judgment affirmed, with costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.